

# Fourth Court of Appeals
## San Antonio, Texas

March 5, 2014

No. 04-13-00888-CV

**SPECIALTY SELECT CARE CENTER OF SAN ANTONIO LLC**
d/b/a Casa Rio Healthcare and Rehabilitation,
Appellant

v.

Jose **FLORES**, as next friend of Julie Flores,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-04577
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

One of the issues presented in this appeal is the same issue pending in petitions for review filed in *Williamsburg Care Co. L.P. v. Acosta*, 406 S.W.3d 711 (Tex. App.—San Antonio 2013, pet. filed), *Fredericksburg Care Co. L.P. v. Lira*, 407 S.W.3d 810 (Tex. App.—San Antonio 2013, pet. filed), and *Fredericksburg Care Co. L.P. v. Perez*, 406 S.W.3d 313 (Tex. App.—San Antonio 2013, pet. filed). This court has recently abated several other pending appeals that raised the same issue.

In light of the pending higher court review of the precedent previously established by this court, appellant is hereby ORDERED to either file, no later than March 17, 2014, either a motion to abate this appeal pending the Texas Supreme Court's resolution of the issue or a written response explaining why abatement should not be ordered. If appellant desires to file a motion to abate, appellant should first confer with appellee so as to indicate in the motion whether the abatement request is a joint request or an opposed request.

_____
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court